IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE L. TINNON,

    Plaintiff,

v.

GARY BOUGHTON, et al.,

    Defendants.

ORDER

Case No. 19-cv-314-wmc

Plaintiff Andre L. Tinnon, an inmate in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has submitted a trust fund account statement in support of the motion for leave to proceed without prepaying the fee. A decision regarding plaintiff's indigency status cannot be made at this time because the trust fund account statement submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

Plaintiff has submitted a statement covering March 9, 2019 through March 15, 2019, and a statement covering March 30, 2019 through April 5, 2019. These statements are insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately October 17, 2018 and ending approximately April 17, 2019. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Andre L. Tinnon may have an enlargement of time until May 14, 2019, to submit a certified trust fund account statement for the period beginning approximately October 17, 2018 and ending approximately April 17, 2019. If, by May 14, 2019, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 22nd day of April, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge